UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-9003
_____

UNITED STATES OF AMERICA,

v.

KABONI SAVAGE,
                Appellant

_____

(D.C. Civ./Crim. No. 2-07-cr-000550-003)
_____

SUR PETITION FOR REHEARING
_____

Present: SMITH, Chief Judge, McKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE,
BIBAS, PORTER, MATEY, PHIPPS, and FUENTES * Circuit Judges

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in

---

*The vote of the Honorable Julio M. Fuentes, Senior Judge of the United States Court of Appeals for the Third Circuit, is limited to panel rehearing.

regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                                     BY THE COURT,

                                                     <u>s/D. Brooks Smith</u>
                                                     Chief Judge

Dated: October 30, 2020
Sb/cc: All Counsel of Record